IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jerome K. Maynard,

    Plaintiff,

v.

Case No. 2:07-cv-907

Michael J. Astrue, Commissioner
of Social Security,

Judge Michael H. Watson

    Defendant.

## ORDER

On March 10, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the motion to remand, Doc. No. 17, be denied and that the action proceed on plaintiff's *Statement of Specific Errors*. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The motion to remand, Doc. No. 17, is **DENIED**. This action will proceed on plaintiff's *Statement of Specific Errors*.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
Michael H. Watson, Judge
United States District Court